PROB 12C
(7/93)

# United States District Court
for the
## WESTERN DISTRICT OF TEXAS

**FILED**
JUL 19 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Pablo Vasquez-Hernandez             Case Number: DR-08-CR-01032(01)

Name of Sentencing Judicial Officer: Hon. Alia Moses, United States District Judge

Date of Original Sentence: May 27, 2009

Original Offense: 8 U.S.C. § 1326(a) and (b)(1) - Illegal Re-entry into the United States After Deportation

Original Sentence: 15 months imprisonment with a 3 year term of supervised release and a $100 special assessment.

Type Of Supervision: Supervised Release             Date Supervision Commenced: November 5, 2009

Assistant U.S. Attorney: Marton Tibor Gyires             Defense Attorney: Marina Douenat

## PETITIONING THE COURT

✔ To issue a WARRANT.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision; |

On or about June 4, 2011, Pablo Vasquez-Hernandez, an illegal alien, was found in the United States having been previously been denied admission, excluded, deported and removed from the United States on or about November 5, 2009, and the offender had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, the successor for this function pursuant to 6 U.S.C. §§ 202(3), 202(4), & 557, to reapply for admission, being voluntarily in the United States in violation of 8 U.S.C. § 1326(a) & (b).

Vasquez-Hernandez, an illegal alien, was arrested by U.S. Border Patrol at the Faith Ranch near Carrizo Springs, Texas, on June 4, 2011. He admitted he was a citizen of Mexico with no legal documents to be in the United States. Vasquez-Hernandez stated he illegally entered the United States by wading across the Rio Grande River near Laredo, Texas.

2. Standard Condition No. 17: If the defendant is excluded, deported, or removed upon release from imprisonment, the term of supervised release shall be non-reporting supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

On November 5, 2009, Vasquez-Hernandez was removed from the United States through the Hidalgo, Texas, Port of Entry. On June 4, 2011, the defendant was encountered in the United States by U.S. Border Patrol.

---

U.S. Probation Officer Recommendation:

The term of supervision should be

✔ revoked. (Maximum penalty: 2 years imprisonment; 3 years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

__ extended for _____ years, for a total term of _____ years.

__ The conditions of supervision should be modified as follows:


Approved:

_____
Ramiro P. Cruz
Supervising U.S. Probation Officer

Respectfully Submitted,

_____
Humberto Herrera, Jr.
U.S. Probation Officer,
Date: June 28, 2011
Telephone #: 830-703-2093, ext. 18


Approved:

_____
Robert J. Brady
Assistant U.S. Attorney

# THE COURT ORDERS

____ No Action

__✓__ The issuance of a WARRANT. Bond is set in the amount of $_____ cash / surety with supervision by the United States Probation Office to continue as a condition of release.

____ The issuance of a SUMMONS.

____ Other

_____
Hon. Alia Moses
United States District Judge

_____7/19/11_____
Date